**Daniel L. Harralson, #109322**
Attorney at Law
Post Office Box 26688
Fresno, California 93729-6688
Telephone: (559) 486-4560
Facsimile: (559) 486-4320

**Attorney for Defendant: PEDRO OLGUIN-LEON**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO OLGUIN-LEON,<br><br>Defendant. | Case No. 1:14-cr-00226-DAD-BAM-2<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for May 21, 2018, at 10:00 a.m., may be continued to July 2, 2018, and that a New PSR Schedule be set such that the Informal Objections are due June 4, 2018, the final PSR is due June 11, 2018, and the Formal Objections are due June 18, 2018.

The continuance is requested by counsel for Defendant, PEDRO OLGUIN-LEON as Attorney Daniel L. Harralson was at home ill when the Informal Objections were due and the time to submit Informal Objections had passed by the time Counsel returned to his office. Counsel has discussed the contents of this Stipulation with Probation Officer Anthony Andrews and AUSA Servatius.

///

///

1

| | |
|---|---|
| DATED: May 15, 2018 | Respectfully Submitted, |
| | /s/ Daniel L. Harralson<br>DANIEL L. HARRALSON<br>Attorney for Defendant |
| DATED: May 15, 2018 | **UNITED STATES ATTORNEYS OFFICE** |
| | /s/ Kathleen Servatius<br>KATHLEEN SERVATIUS<br>Assistant United States Attorney |

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for May 21, 2018, is continued until July 2, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. Informal Objections are due June 4, 2018, the final PSR is due June 11, 2018, and the Formal Objections are due June 18, 2018.

IT IS SO ORDERED.

Dated: **May 16, 2018**

UNITED STATES DISTRICT JUDGE